```
UNITED STATES DISTRICT COURT                         FILED
EASTERN DISTRICT OF NEW YORK                    IN CLERK'S OFFICE
                                             U.S. DISTRICT COURT E.D.N.Y.
-----------------------------------------x
TONY OUTLAW,                                    ★  AUG - 1 2008  ★

                         Plaintiff,              BROOKLYN OFFICE
                                             ORDER
          - against -
                                             07 CV 2510 (NG) (VVP)
THE CITY OF NEW YORK, et al.,

                         Defendants.
-----------------------------------------x
```

**GERSHON, United States District Judge:**

On June 17, 2008, Magistrate Judge Pohorelsky issued a Report and Recommendation ("R&R"), upon plaintiff's consent, recommending dismissal of the complaint in its entirety. On July 3, 2008, Magistrate Judge Pohorelsky issued a Supplemental R&R, again with plaintiff's consent, modifying the original R&R to recommend that all of plaintiff's claims be dismissed with prejudice.

Given plaintiff's express consent, no objections were filed, and the court hereby adopts the R&R and the Supplemental R&R in their entirety. Defendants' motions to dismiss this action are granted, and plaintiff's claims against all defendants are dismissed with prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED.**

s/NG

**NINA GERSHON**
**United States District Judge**

Dated: Brooklyn, New York
       July 30, 2008